COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Jourdan Flowers v. The State of Texas

Appellate case number:      01-16-00740-CR

Trial court case number:    1503097

Trial court:                185th District Court of Harris County

On October 27, 2016, we abated this case and remanded it to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue his appeal and, if so, whether appointed trial counsel intended to represent appellant on appeal or substitute counsel should be appointed; and to execute an amended certification of appellant's right to appeal. The court reporter has filed a reporter's record of the November 22, 2016 abatement hearing at which the trial court found that appellant wished to pursue his appeal and is "still indigent." The trial court clerk has filed a supplemental clerk's record that includes the trial court's orders allowing Tucker Graves to withdraw as appellant's attorney of record, appointing Douglas M. Durham to represent appellant on appeal, and ordering the court reporter to prepare and file the reporter's record without charge to appellant. The supplemental clerk's record also includes the trial court's certification stating that this case "is not a plea-bargain case, and the defendant has the right of appeal." Accordingly, we **REINSTATE** this case on the Court's active docket.

The clerk's record was filed in this appeal on October 19, 2016, and the reporter's record was filed on December 9, 2016. **Accordingly, appellant's brief is due to filed within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature:  /s/ Terry Jennings
                    ☑ Acting individually

Date: December 15, 2016